UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNTIES STATES,

v.

XXXXXXXXX
*Defendant.*

Case: 1:17-mc-00406
Assigned To : Sullivan, Emmet G.
Assign. Date : 2/21/2017
Description: Misc.

**MOTION TO QUASH SUBPOENA TO TESTIFY BEFORE A GRAND JURY**

Mr. Jerome Graham, by and through the undersigned counsel, hereby files this Motion to Quash the subpoena to testify before a grand jury and in support states as follows:

1. On February 17, at approximately 4:30pm, Assistant United States Attorney Magdalena A. Acevedo requested subpoena #GJ2017020337202, attached hereto, for Mr. Graham to testify before a grand jury on Tuesday February 21, 2017 at 1:30pm and was sent to the undersigned counsel via email.
2. The undersigned counsel did not access his work email until the Tuesday morning of February 21, 2017 and therefore did not see the subpoena until that time. The undersigned at no point consented to electronic service on behalf of Mr. Graham.
3. The undersigned counsel has not been able to make contact with Mr. Graham since seeing the subpoena.
4. The subpoena does not give Mr. Graham a reasonable amount of time to respond and therefore must be quashed.

RECEIVED
FEB 21 2017
Clerk, U.S. District and Bankruptcy Courts

5. Mr. Graham has been requested to appear before the grand jury for testimony several times and has never before been called.
6. Undersigned is not sure how many subpoenas were issued to Mr. Graham for testimony before his involvement, however since being retained, Mr. Graham has made himself available for questioning, and was available for testimony before a Grand Jury on February 19, 2017.
7. Mr. Graham is a victim of a crime as defined by 18 U.S. Code § 3771.
8. Mr. Graham contends that he is being harassed by the US Attorney's Office via means of repeated subpoenas and aggressive accusatory questioning.
9. Mr. Graham is accused of lying to members of the investigative team without any basis whatsoever.
10. Mr. Graham was held in violation of his constitutional rights after appearing voluntarily to answer questions relating to the crime to which he was a victim. Mr. Graham was told he could not leave the police station after demanding an end to the questions and demanding to leave.
11. Assistant United States Attorney Acevedo has abused her authority as US Attorney by harassing Mr. Graham and seeking to call him as a witness with full knowledge that Mr. Graham does not have any information to assist the investigation.
12. Mr. Graham contends that issuing this subpoena on such short notice was a means of harassment and trick to get him to not appear and thus Ms. Acevedo would request a warrant for his arrest.
13. Mr. Graham has no relevant information to offer this investigation, has made himself available for questioning and to appear for testimony over and over again

and has never before been asked for testimony. Mr. Graham contends that this is because there are no relevant questions to be asked of him.

14. The subpoena in this case should be quashed as it is unduly burdensome for Mr. Graham to continually appear and in addition he has nothing to offer this investigation.

Respectfully Submitted,

/s/ Robert Pfeferman
Robert L. Pfeferman,
DC Bar No. 1020347
1629 K Street, NW Suite 300
Washington, DC 20006
(301)254-1809

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this Motion to Quash was hand-delivered and sent via email on 2/21/17 to:

Magdalena A. Acevedo, Assistant United States Attorney
United States Attorney's Office for the District of Columbia
555 4th Street, N.W. Room #4215
Washington, DC 20530
Phone: 202-252-7013
Email: magdalena.acevedo@usdoj.gov

/s/ Robert Pfeferman
Robert Pfeferman #1020347

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the

District of Columbia

**SUBPOENA TO TESTIFY BEFORE A GRAND JURY**

To: Jerome Graham (via counsel Pfefferman)

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Date and Time: |
|---|---|
| U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA<br>U.S. Courthouse, 3rd Floor Grand Jury #<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | February 21, 2017<br>1:30 p.m. |

You must also bring with you the following documents, electronically stored information, or objects:

PLEASE BRING PHOTO IDENTIFICATION

Date: February 3, 2017

CLERK OF COURT

Signature of Clerk or Deputy Clerk

The name, address, telephone number and email of the Assistant United States Attorney, who requests this subpoena, are:

Magdalena A. Acevedo, Assistant United States Attorney
United States Attorney's Office for the District of Columbia
555 4th Street, N.W. Room #4215
Washington, DC 20530
Phone: 202-252-7013 Fax: 202-252-7714
Email: magdalena.acevedo@usdoj.gov

Subpoena #GJ2017020337202
USAO #2016R02668
Preparer: LWADE

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

UNTIES STATES,

v.

XXXXXXXXX
*Defendant.*

**Case: 1:17-mc-00406**
**Assigned To : Sullivan, Emmet G.**
**Assign. Date : 2/21/2017**
**Description: Misc.**

**ORDER**

In consideration of Mr. Graham's Motion to Quash Subpoena to Testify Before a Grand Jury, any opposition thereto, and for good cause shown it this __________ day of __________, 2017 hereby:

**ORDERED** that Mr. Jerome Graham's Motion is **GRANTED**; and

**FURTHER ORDERED** that subpoena # GJ2017020337202 is hereby **QUASHED.**

______________________________________
United States Disctrict Court for the Ditrict of Columbia Judge:

Copies to:
Robert Pfeferman
1629 K St. NW Suite 300
Washington, DC 20006
Robert@PMLawDC.com
*Attorney for Jerome Graham*

And

Magdalena A. Acevedo, Assistant United States Attorney
United States Attorney's Office for the District of Columbia
555 4th Street, N.W. Room #4215
Washington, DC 20530
Phone: 202-252-7013

Fax: 202-252-7714
Email: magdalena.acevedo@usdoj.gov